UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5736**

Case Title: **NICHOLAS SANDMANN** vs. **ABC NEWS, INC.; ABC NEWS INTERACTIVE, INC.; THE WALT DISNEY COMPANY**

List all clients you represent in this appeal:

**ABC NEWS, INC.; ABC NEWS INTERACTIVE, INC.; THE WALT DISNEY COMPANY**

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☑ Appellee       ☐ Respondent      ☐ Intervenor             (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nathan Siegel**          Signature: s/ **Nathan Siegel**

Firm Name: **Davis Wright Tremaine LLP**

Business Address: **1301 K Street, NW, Suite 500 East**

City/State/Zip: **Washington, D.C. 20005**

Telephone Number (Area Code): **202-973-4237**

Email Address: **nathansiegel@dwt.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17