

# HEMMER DEFRANK WESSELS
### ATTORNEYS AT LAW

Todd V. McMurtry
tmcmurtry@hemmerlaw.com

**VIA FEDEX**
ATTN: Records Room
U.S. Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202

**RECEIVED**
OCT 21 2022
DEBORAH S. HUNT, Clerk

Re:   Case No.: 22-5734, *Sandmann v. New York Times Co*
(Originating Case No.: 2:20-cv-00023);

Case No.: 22-5735, *Sandmann v. CBS News, Inc., et al*
(Originating Case No.: 2:20-cv-00024);

Case No.: 22-5736, *Sandmann v. ABC News, et al*
(Originating Case No.: 2:20-cv-00025);

Case No.: 22-5737, *Sandmann v. Rolling Stone, LLC, et al*
(Originating Case No.: 2:20-cv-00027)

Case No.: 22-5738, *Sandmann v. Gannett Co Inc, et al*
(Originating Case No.: 2:20-cv-00026)

Dear Records Room:

Pursuant to 6 Cir. I.O.P. 10(d), and discussion with Case Manager Anne Brown, enclosed please find four (4) USB flash drives containing video exhibits and an audio recording that were conventionally filed in the following District Court cases and comprise part of the record in the above-referenced appeals: *Sandmann v. New York Times Co*, District Court No. 2:20-cv-0023 (DE 49) (on appeal as No. 22-5734); *Sandmann v. CBS News, Inc., et al*, District Court No. 2:20-cv-0024 (DE 55, 63) (on appeal as No. 22-5735); *Sandmann v. ABC News, et al*, District Court No. 2:20-cv-0025 (DE 62, 69) (on appeal as No. 22-5736); *Sandmann v. Rolling Stone, LLC, et al*, District Court No. 2:20-cv-0027 (DE 56) (on appeal as No. 22-5737); and *Sandmann v. Gannett Co Inc, et al*, District Court No. 2:20-cv-0026 (DE 62) (on appeal as No. 22-5738). The above-referenced appeals have been consolidated pursuant to the Order of the Sixth Circuit Court of Appeals dated October 12, 2022.

The enclosed flash drives each contain three folders, which contain the following:

1

**HEMMER DEFRANK WESSELS PLLC**
250 GRANDVIEW DRIVE, SUITE 500, FT. MITCHELL KY 41017-5649  ■  PHONE 859.344.1188  ■  FAX 859.578.3869

1. Video Exhibits and Audio Recording Common to All Cases

    i. Stipulated Videos 1 through 20
        - Case No. 22-5734 – DE 49
        - Case No. 22-5735 – DE 55
        - Case No. 22-2736 – DE 62
        - Case No. 22-5737 – DE 56
        - Case No. 22-5738 – DE 62

    ii. Exhibit A to Declaration of Samuel Brockett
        - Case No. 22-5734 – DE 57
        - Case No. 22-5735 – DE 61
        - Case No. 22-2736 – DE 67
        - Case No. 22-5737 – DE 65
        - Case No. 22-5738 – DE 70

2. Video Exhibits in Case No. 22-5735

    i. DE 63 – Exhibit A-2 to the Declaration of Helen D'Antona (CBS0000004)

3. Video Exhibits in Case No. 22-5736

    i. DE 69 – Exhibits 1-A, 1-B, 1-C, 2-A and 2-B to Declaration of Erik MacRobbie and Exhibits 3-A, 3-B, 4-A, 4-B to Declaration of Tim Letbetter

Please contact Todd McMurtry for Appellant, or Darren Ford for Appellees if you have any questions about the filing.

Sincerely,

*Todd McMurtry*

Todd V. McMurtry, Esq.

*Attorney for Plaintiff-Appellant, Nicholas Sandman*

For Appellees:

/s/Darren W. Ford
Darren W. Ford, Esq.
*Appellee The New York Times Co.*

and

Natalie Spears, Esq.
*Appellees CBS News, Inc., et al.*

and

Nathan Siegel, Esq.
*Appellees ABC News, Inc., et al.*

and

Kevin Shook, Esq.
*Appellees Rolling Stone, LLC, et al.*

and

Michael Grygiel, Esq.
*Appellees Gannett Co., Inc., et al.*