# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5734/ 22-5735/ 22-5736/ 22-5737/ 22-5738

2. Case Caption (Short Title): Nicholas Sandmann v. New York Times Co., et al.

3. Argument is scheduled for 9:00 a.m. on April 26, 2023 and will be held:

   ☑ Live (In Person)    ☐ by Video    ☐ by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: (859) 802-6292

4. I, Todd McMurtry, will be presenting argument on behalf of:

   ☑ Appellant / Petitioner    ☐ Amicus Curiae    ☐ Other (please specify below):
   ☐ Appellee / Respondent    ☐ Intervenor    _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Nicholas Sandmann

6. Minutes reserved for rebuttal, if applicable: 5 (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:
   A. Number of attorneys sharing time: ____  B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____  D. Your assigned minutes: ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on Wednesday, March 8, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Todd V. McMurtry

---

*Click here to see a completed example of this form.*