**117-1st Floor Courtroom, 9:00 A.M.**  Wednesday, April 26, 2023

**Griffin, Stranch, Davis**

**22-5734 Nicholas Sandmann v. New York Times Co**
**22-5735 Nicholas Sandmann v. CBS News, Inc.**
**22-5736 Nicholas Sandmann v. ABC News**
**22-5737 Nicholas Sandmann v. Rolling Stone, LLC**
**22-5738 Nicholas Sandmann v. Gannett Co Inc**

Nicholas Sandmann                                             ret   Todd VanDerVeer McMurtry
                                                                    *5 Minutes Rebuttal*

   **Plaintiff - Appellant**

                                    **V.**

New York Times Company, et al.                                ret   Nathan Ellis Siegel

   **Defendants - Appellees**

*Ryan Orme, Courtroom Deputy*

In these five consolidated appeals, Plaintiff appeals the district court's summary judgment for defendants, various media companies, in five libel cases arising from extensive media coverage of a 2019 incident involving Plaintiff in Washington, D.C.   (15 Minutes Per Side)